```
 1  Alan E. Wisotsky (SBN 68051)
    Jeffrey Held (SBN 106991)
 2  LAW OFFICES OF ALAN E. WISOTSKY
    300 Esplanade Drive, Suite 1500
 3  Oxnard, California  93036
    Tel:      (805) 278-0920
 4  Fax:      (805) 278-0289
    E-mail:   lawyers@wisotskylaw.com
 5
    Attorneys for COUNTY OF VENTURA, ROBERT
 6  BROOKS, ROBERT ORTIZ (erroneously sued as
    Ventura Police Officer Robert Ortiez),
 7  and KAREN HANSON (erroneously sued as
    Deputy K. Hanson)
 8
```


FILED
CLERK, U.S. DISTRICT COURT
MAY 2 2007
CENTRAL DISTRICT OF CALIFORNIA
BY                        DEPUTY

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOELLE WAY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COUNTY OF VENTURA; ROBERT BROOKS, individually and as Sheriff for the County of Ventura; VENTURA POLICE OFFICER ROBERT ORTIEZ; DEPUTY K. HANSON; and DOES 1 through 9, inclusive,<br><br>　　　　　Defendants. | No. CV 01-05401 CBM (Ex)<br><br>[~~PROPOSED~~] STIPULATED ORDER OF PREJUDICIAL DISMISSAL OF ALL DEFENDANTS<br><br>Priority ___<br>Send ✓<br>Enter ✓<br>Closed ✓<br>JS-5/JS-6 ___<br>JS-2/JS-3 ___<br>Scan Only___ |

　　　IT IS HEREBY STIPULATED by and between the parties, plaintiff, Noelle Way, and defendants, County of Ventura, Robert Brooks, Robert Ortiz (incorrectly sued and served as Robert Ortiez), and Karen Hanson (incorrectly sued and served as K. Hanson), as evidenced by the signatures of their attorneys below, as follows:

　　　1.　This stipulation is entered into in accordance with Federal Rule of Civil Procedure 41(a)(1)(ii).

DOCKETED ON CM
MAY - 3 2007

2. All defendants are hereby dismissed with prejudice to refiling in this or any other federal court and with prejudice to any refiling in any state court.

3. All individual defendants, Brooks, Hanson, and Ortiz, are dismissed with prejudice to refiling in this or any other federal court or in any state court in all of their potential capacities, personal, individual, and official, and regardless of whether their names were misspelled in the caption of the complaint.

4. All fictitious defendants associated with any entity defendant or individual defendant is also fully and finally dismissed with prejudice from this lawsuit or any other lawsuit filed in any other federal court or in any state court.

5. The consideration for the dismissal of the defendants is the agreement reached at the conclusion of the three-day mediation held at the Los Angeles JAMS office on March 14, 15, and 29, 2007.

6. Both sides, plaintiff and defendant, and their counsel, fully reserve all rights, arguments, and legal positions in the companion *Gamino* class action. No one is waiving any rights to take legal positions or make legal arguments in any aspect of the companion class action case as a result of entry into the full and final resolution of all aspects of this individual litigation.

7. Plaintiff agrees that she is not part of and will not join as a party in the companion class lawsuit, *Gamino v. County of Ventura, et al.*

8. Plaintiff fully and finally waives any and all past, present, and future damages; past, present, and future equitable and declaratory relief; and past, present, and future rights of discovery; and plaintiff fully and finally waives any and all past,

2

present, and future attorneys' fees, whether of record or not, and additionally fully and finally waives all past, present, and future costs, ordinary and extraordinary, incurred or paid.

9. As a result of the full and final resolution of all aspects of this litigation, the parties agree that all pending and future litigation events and deadlines, including the pretrial conference and trial, are unnecessary and should be vacated by the Court.

**IT IS SO STIPULATED.**

Dated: April 16, 2007

_____
EARNEST C.S. BELL
Attorney for Plaintiff

Dated: April 7, 2007

_____
JEFFREY HELD
Law Offices of Alan E. Wisotsky
Attorneys for Defendants

### ORDER

Good cause appearing therefor, based upon the stipulation of the parties contained above, the Court does hereby order the stipulation adopted and further orders that:

1. The defendants, County of Ventura, Robert Brooks, Robert Ortiz, and Karen Hanson, in every capacity, are dismissed with prejudice from this litigation and any other lawsuit in any other federal or any state court;

2. Both sides retain the right to make whatever arguments they believe necessary in the companion class action, *Gamino*;

3.   The plaintiff, in exchange for consideration recited in the agreement terminating the JAMS mediation on March 29, 2007, waives all past, present, and future damages; equitable and declaratory relief; discovery rights; and joinder as a party plaintiff or claimant in the companion class action, *Gamino*; and further waives all past, present, and future attorneys' fees, whether of record or not, plus a full and final waiver of all past, present, and future ordinary and extraordinary costs.

**IT IS SO ORDERED.**

Dated: MAY - 2 2007

CONSUELO B. MARSHALL, ~~Chief~~ Judge
United States District Court

4

STATE OF CALIFORNIA, COUNTY OF VENTURA:

I am employed in the County of Ventura, State of California. I am over the age of 18 and not a party to the within action; my business address is 300 Esplanade Drive, Suite 1500, Oxnard, California 93036.

On April 24, 2007, I served the foregoing document described as **[PROPOSED] STIPULATED ORDER OF PREJUDICIAL DISMISSAL OF ALL DEFENDANTS** on all interested parties in this action by placing a true copy thereof enclosed in sealed envelopes addressed as follows:

Earnest C.S. Bell
Attorney at Law
3897 Market Street
Ventura, CA  93003

I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail at Oxnard, California.

I am "readily familiar" with this firm's practice of collecting and processing correspondence for mailing.  It is deposited with the U.S. Postal Service on that same day in the ordinary course of business.  I am aware that on motion of party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after date of deposit for mailing in the affidavit.

Executed on April 24, 2007, at Oxnard, California.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_____
KYLE ROBSON